SIDNEY H. KNOFF, Respondent, v. TIMKEN-DETROIT AXLE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HARRY STRAUSS, Respondent, v. ARTHUR KARP, Appellant.— Order, so far as appealed from, reversed, with twenty dollars costs and disbursements, and the motion granted unconditionally. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.

In the Matter of the Arbitration between IRVING SLEPIAN, Appellant, and MAX SILVERSTEIN et al., Doing Business under the Name of PRINCESS FIT GOWNS, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the petitioner's cross motion to direct arbitration granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BERNARD SCHMIDT, Appellant, v. JACOB ROSENBERG, as President of Associated Musicians of Greater New York, Local 802, American Federation of Musicians, Respondent.— Plaintiff, who can secure an immediate trial of this action, has not satisfactorily established that he is entitled to the temporary injunctive relief sought. The order, so far as appealed from, should accordingly be affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX BECKER, as Assignee of JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Appellant, v. BORIS STERN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 889.]

SIMON BARASCH v. TRAVELERS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 169.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

JOSEPH H. DEXTER v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante*, p. 189.] Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

WILLIAM WALSH et al. v. 515 MADISON AVENUE CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante*, p. 756.] Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

NORMAN JOHNSON, on Behalf of Himself and All Other Stockholders Similarly Situated, v. WESTERN UNION TELEGRAPH COMPANY et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 757.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

NETHERLAND CAB COMPANY, INC., et al., v. JOHN McKENZIE, as Commissioner of Docks of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 761.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.